UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL VANDERHEIDEN, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER, and MARK SPRAGG,<br><br>   Defendants. | Case No.: 18-CV-01620 (VM)<br>Rel. No.: 18-CV-01841 (VM) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Peter E. Kazanoff, a member of this Court in good standing, respectfully enters his appearance as counsel for Defendants Ubiquiti Networks, Inc., Robert J. Pera, Kevin Radigan, Craig L. Foster, and Mark Spragg in the above-captioned action. All papers in this action shall be served upon the undersigned at the address below.

Dated: March 13, 2018
New York, New York

Respectfully submitted,

*/s/ Peter E. Kazanoff*
Peter E. Kazanoff

*Attorney for Defendants Ubiquiti Networks, Inc., Robert J. Pera, Kevin Radigan, Craig L. Foster and Mark Spragg*

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York, 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
pkazanoff@stblaw.com