# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL VANDERHEIDEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>                 v.<br><br>UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER, and MARK SPRAGG,<br><br>                        Defendants. | No. 1:18-CV-01620-VM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ubiquiti Networks Inc. ("Ubiquiti") hereby states that it is a publicly traded corporation with no parent corporation, and that no publicly held corporation owns 10 percent or more of Ubiquiti's stock.

Dated: March 13, 2018
       New York, New York

SIMPSON THACHER & BARTLETT LLP

*/s/ Peter E. Kazanoff*
Peter E. Kazanoff
Nicholas S. Goldin
Jonathan T. Menitove
Sarah L. Eichenberger
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants Ubiquiti Networks, Inc., Robert J. Pera, Kevin Radigan, Craig L. Foster, and Mark Spragg*