# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL VANDERHEIDEN, Individually and on Behalf of All Others Similarly Situated, <br><br>   Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG, <br><br>   Defendants. | No.: 1:18-cv-01620 <br><br> **NOTICE OF MOTION OF XIYA QIAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| XIYA QIAN, Individually and on Behalf of All Others Similarly Situated, <br><br>   Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER AND MARK SPRAGG, <br><br>   Defendants. | No.: 1:18-cv-01841 |
| JOHN KHO, Individually and on Behalf Of All Others Similarly Situated, <br><br>   Plaintiff, <br><br> v. <br><br> UBIQUITI NETWORKS, INC., ROBERT J. PERA AND KEVIN RADIGAN, <br><br>   Defendants. | No.: 1:18-cv-02242 |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Xiya Qian ("Qian") by and through her counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned related actions; (2)

appointing her as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of Ubiquiti Networks, Inc. between May 9, 2013 and February 20, 2018, both dates inclusive; (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated: April 23, 2018    Respectfully submitted,

**POMERANTZ LLP**
*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
          ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel for Movant*