# EXHIBIT A



# Block & Leviton LLP Announces It Has Filed A Securities Class Action Against Ubiquiti Networks, Inc. (UBNT) And Encourages Ubiquiti Investors To Contact The Firm

NEWS PROVIDED BY
**Block & Leviton LLP** →
Feb 22, 2018, 15:23 ET

BOSTON, Feb. 22, 2018 /PRNewswire/ -- Block & Leviton LLP (www.blockesq.com), a securities litigation firm representing investors nationwide, announces that it has filed against Ubiquiti Networks, Inc. ("Ubiquiti" or the "Company") (NASDAQ: UBNT) and certain of its officers alleging violations of the federal securities laws and encourages shareholders to contact Block & Leviton ahead of the April 23, 2018 lead plaintiff deadline at the contact information below.

On September 18, 2017, Citron Research ("Citron") issued a report entitled "Cintron Exposes Ubiquiti Networks," (the "Citron Report") in which Citron detailed a series of "alarming red flags," indicating that the Company has been deceiving investors and is engaged in "corporate fraud," including, among other things, that the Company has misrepresented the size of its purported "Ubiquiti Community," as well as its levels of accounts receivable, among other things. This news caused Ubiquiti's stock price to fall, harming investors.

Then, on February 20, 2018 Ubiquiti filed a Form 8-K with the Securities and Exchange Commission revealing that the SEC "issued subpoenas to Ubiquiti Networks, Inc. (the "Company") and certain of the Company's officers requesting documents and information" relating to a range of topics. On this news, the Company's stock fell more than 25 percent, causing millions in losses to investors.

The complaint, filed in the United States District Court for the Southern District of New York (*Vanderheiden v. Ubiquiti Networks, Inc, et al*., 18-cv-01620-VM), alleges that between May 9, 2013 and February 20, 2018, inclusive (the "Class Period"), Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failures to disclose pertaining to a range of topics, including (i) the number

of the Company's purported user-community was drastically overstated; (ii) that it had exaggerated its publicly reported accounts receivable; and (iii) that as a result of the foregoing, Ubiquiti's publicly disseminated financial statements were materially false and misleading.

**If you purchased Ubiquiti shares during the Class Period and wish to serve as a lead plaintiff, you must move the Court no later than April 23, 2018. As a member of the class, you may seek to file a motion to serve as a lead plaintiff or take no action and remain an absent class member. If you wish to become involved in the litigation or have questions about your legal rights, you are encouraged to contact attorney Thomas Kirchofer at (617) 398-5600, by email at tom@blockesq.com, or by visiting www.blockesq.com/ubnt**.

Confidentiality to whistleblowers or others with information relevant to this investigation is assured.

Block & Leviton LLP is a Boston-based law firm representing investors nationwide. The firm's lawyers have collectively been prosecuting securities cases on behalf of individual and institutional investors for over 50 years, and have recovered billions of dollars on their behalf. Block & Leviton's investigations into corporate wrongdoing were recently covered by the New York Times.

The court in which the case is pending is located at 500 Pearl St., New York, NY 10007.

This notice may constitute attorney advertising.

CONTACT:

Block & Leviton LLP
Thomas W. Kirchofer
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600
tom@blockesq.com

SOURCE Block & Leviton LLP

Related Links

http://www.blockesq.com