# EXHIBIT C

**UBIQUITI NETWORKS, INC. (UBNT)**
**CLASS PERIOD: MAY 9 2013 to FEB 20 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 59-Day* Mean Price $68.6833 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qian, Xiya | 2/7/2018 | 33 | $77.7246 | ($2,565) | | | | | 33 | $2,267 | ($298) | ($298) |

*Avg Closing Prices from Feb 21 to Apr 20