UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL VANDERHEIDEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG,<br><br>Defendants. | Civil Action No. 1:18-cv-01620-VM<br><br><u>CLASS ACTION</u> |
| XIYA QIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG,<br><br>Defendants. | Civil Action No. 1:18-cv-01841-VM<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

NOTICE OF APPEARANCE

|   |   |   |
|---|---|---|
| JOHN KHO, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : : : : : : | Civil Action No. 1:18-cv-02242-VM <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | | |
| vs. | | |
| UBIQUITI NETWORKS, INC., ROBERT J. PERA and KEVIN RADIGAN, | | |
| Defendants. | | |

TO:  The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Plaintiff John Kho in these actions.  Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

I certify that I am admitted to practice in this Court.

DATED:  April 26, 2018					ROBBINS GELLER RUDMAN
							  & DOWD LLP
							DAVID A. ROSENFELD


							      /s/ *David A. Rosenfeld*
							DAVID A. ROSENFELD

							58 South Service Road, Suite 200
							Melville, NY  11747
							Telephone:  631/367-7100
							631/367-1173 (fax)
							drosenfeld@rgrdlaw.com


							Counsel for Plaintiff John Kho