UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PAUL VANDERHEIDEN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:18-cv-01620-VM |
| Plaintiff, | CLASS ACTION |
| vs. | |
| UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG, | |
| Defendants. | |
| XIYA QIAN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:18-cv-01841-VM |
| Plaintiff, | CLASS ACTION |
| vs. | |
| UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG, | |
| Defendants. | |

[Caption continued on following page.]

JOINDER OF JOHN KHO IN SUPPORT OF MOTION OF XIYA QIAN
FOR CONSOLIDATION OF RELATED ACTIONS

|  |  |
|---|---|
| JOHN KHO, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:18-cv-02242-VM |
| Plaintiff, | CLASS ACTION |
| vs. | |
| UBIQUITI NETWORKS, INC., ROBERT J. PERA and KEVIN RADIGAN, | |
| Defendants. | |

Plaintiff John Kho hereby joins in Plaintiff Xiya Qian's motion to the extent it seeks to consolidate the above-captioned related actions pursuant to Rule 42 of the Federal Rules of Civil Procedure.  Mr. Kho intends to oppose Xiya Qian's motion to the extent it seeks Xiya Qian's appointment as Lead Plaintiff and Approval of Counsel, and will do so by the deadline provided by the Local Rules of the Southern District of New York.

DATED:  April 26, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

/s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

Counsel for Plaintiff John Kho

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on April 26, 2018, I authorized a true and correct copy of the Joinder of John Kho in Support of Motion of Xiya Qian for Consolidation of Related Actions to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
David A. Rosenfeld