UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL VANDERHEIDEN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:18-cv-01620-VM |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG, | |
| Defendants. | |
| XIYA QIAN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:18-cv-01841-VM |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| UBIQUITI NETWORKS, INC., ROBERT J. PERA, KEVIN RADIGAN, CRAIG L. FOSTER and MARK SPRAGG, | |
| Defendants. | |

[Caption continued on following page.]

NOTICE OF APPEARANCE

|  |  |
|---|---|
| JOHN KHO, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>UBIQUITI NETWORKS, INC., ROBERT J. PERA and KEVIN RADIGAN,<br><br>                      Defendants. | Civil Action No. 1:18-cv-02242-VM<br><br><u>CLASS ACTION</u> |

TO:  The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Plaintiff John Kho in these actions.  Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

I certify that I am admitted to practice in this Court.

DATED:  April 27, 2018         ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                           VINCENT M. SERRA

                                                     /s/ *Vincent M. Serra*
                                                 VINCENT M. SERRA

                                           58 South Service Road, Suite 200
                                           Melville, NY  11747
                                           Telephone:  631/367-7100
                                           631/367-1173 (fax)
                                           vserra@rgrdlaw.com

                                           Counsel for Plaintiff John Kho