# EXHIBIT A

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **John Kho** | 01/12/2018 | 20 | $73.66 | $1,473.20 | 01/30/2018 | 30 | $81.80 | $2,454.00 | |
| | 01/16/2018 | 30 | $74.25 | $2,227.50 | 03/28/2018 | 100 | $69.95 | $6,995.00 | |
| | 01/17/2018 | 50 | $73.65 | $3,682.50 | | | | | |
| | 01/18/2018 | 30 | $73.52 | $2,205.60 | | | | | |
| **Movant's Total** | | **130** | | **$9,588.80** | | **130** | | **$9,449.00** | **($139.80)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

| Fund Name | FIFO Gain/(Losses) | LIFO Gain/(Losses) | Shares Purchased | Actual Shares Sold During Class Period | Net Shares Purchased | Funds Expended | Funds Received | Net Funds Expended |
|---|---|---|---|---|---|---|---|---|
| John Kho | ($139.80) | ($139.80) | 130 | 30 | 100 | $9,588.80 | $2,454.00 | ($7,134.80) |