AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PAUL VANDERHEIDEN, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-01620 |
| UBIQUITI NETWORKS, INC., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant, XIYA QIAN                                                                                                      .

Date:    05/08/2018                                                   /s/J. Alexander Hood II
                                                                              *Attorney's signature*

                                                                    J. Alexander Hood II (JA4625)
                                                                    *Printed name and bar number*

                                                                    Pomerantz LLP
                                                                    600 Third Avenue, 20th Floor
                                                                    New York, NY 10016
                                                                    *Address*

                                                                    ahood@pomlaw.com
                                                                    *E-mail address*

                                                                    (212) 661-1100
                                                                    *Telephone number*

                                                                    (917) 463-1044
                                                                    *FAX number*

Print      Save As...                                                                      Reset