AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

In re Ubiquiti Networks, Inc. Securities Litigation  )
              *Plaintiff*                        )
                v.                        )     Case No.   1:18-cv-01620
                                    )
            *Defendant*                    )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Xiya Qian

Date: 12/24/18

*Attorney's signature*

Michael Grunfeld
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, New York 10016

*Address*

mgrunfeld@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*