## Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/19

Direct Dial Number
+1-212-455-3525

E-mail Address
pkazanoff@stblaw.com

BY FAX                                      March 21, 2019

Re:    *In re Ubiquiti Networks, Inc. Securities Litigation*, 18-cv-01620 (VM)

Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Marrero:

       I write on behalf of Defendants Ubiquiti Networks, Inc., Robert Pera, Craig Foster, Mark Spragg, and Kevin Radigan (collectively, "Defendants") in the above-captioned matter. Earlier today, counsel for the parties jointly called chambers regarding Defendants' anticipated motion to dismiss the Consolidated Amended Class Action Complaint (the "Complaint"). I informed chambers that Defendants are prepared to file their motion to dismiss on March 22, 2019, per the scheduling stipulation so-ordered by the Court on February 7, 2019 (Dkt. 29). Pursuant to its Individual Rules of Practice, the Court instructed Defendants to refrain from filing their motion to dismiss the Complaint pending further guidance from the Court. Defendants remain available at the Court's convenience.

                                                         Respectfully Submitted,

                                                         Peter E. Kazanoff

cc:    Jeremy A. Lieberman (via email and U.S. Mail)
        Michael Grunfeld (via email and U.S. Mail)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _defendants_.

**SO ORDERED.**

3-22-19
DATE                   VICTOR MARRERO, U.S.D.J.