**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE UBIQUITI NETWORKS, INC. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL CASES | No. 1:18-cv-01620 (VM) <br><br> Class Action |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Jeremy A. Lieberman, declare as follows:

1. I am a partner at Pomerantz LLP, court appointed Lead Counsel in the action. I respectfully submit this declaration in further support of Lead Plaintiff's December 2, 2019 Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated December 2, 2019.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the firm resume of Pomerantz LLP.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 2nd day of December 2019 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman