# EXHIBIT A-2

EXHIBIT A-2

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission: _____**

IF YOU PURCHASED OR OTHERWISE ACQUIRED DEFENDANT UBIQUITI NETWORKS, INC., (N/K/A UBIQUITI INC.) ("UBIQUITI"), SECURITIES DURING THE PERIOD BETWEEN MAY 9, 2013 AND FEBRUARY 19, 2018, BOTH DATES INCLUSIVE, (THE "CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE: (I) DEFENDANTS, ALL CURRENT AND FORMER DIRECTORS AND OFFICERS OF UBIQUITI DURING THE CLASS PERIOD, AND ANY FAMILY MEMBER, TRUST, COMPANY, ENTITY OR AFFILIATE CONTROLLED OR OWNED BY ANY OF THE EXCLUDED PERSONS AND ENTITIES REFERENCED ABOVE; (II) OPT-OUTS; AND (III) PERSONS WHO HAVE NO COMPENSABLE DAMAGES.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS FORM IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS.

YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM AND RELEASE FORM") AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN _____, 20__, TO THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

In re Ubiquiti Networks, Inc. Securities Litigation
c/o JND Legal Administration
PO Box 91335
Seattle, WA 98111
Telephone: (844) 924-0858
info@ubiquitinetworkssecuritieslitigation.com

YOUR FAILURE TO SUBMIT YOUR CLAIM BY _____, 20__ WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THE ACTIONS.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

EXHIBIT A-2

## CLAIMANT'S STATEMENT

1. I (we) purchased or otherwise acquired Ubiquiti Networks, Inc., (n/k/a Ubiquiti Inc.) ("Ubiquiti") securities during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase or otherwise acquire Ubiquiti Securities during the Settlement Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Proposed Settlement of Class Actions, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Actions or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Actions or Settlement in connection with processing of the Proof of Claim and Release Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Ubiquiti Securities during the Settlement Class Period, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase/acquisition and sale of Ubiquiti Securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7. Upon the Effective Date (as defined in the Settlement Stipulation), I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and final release, relinquishment and discharge by me (us) and my (our) successors and assigns in any capacity (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their successors and assigns in any capacity) of each of the "Released Persons" of all "Released Claims," as those terms are defined in the Settlement Stipulation.   I (we) further agree and acknowledge that I (we) and anyone claiming through or on my behalf (or, if I am (we are) submitting this Proof of Claim and Release Form

-2-

on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her, or them and anyone claiming through or on its, his, her, or their behalf), will be permanently and forever barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute, in any capacity, any action or other proceeding in any court of law or equity, arbitration tribunal, administrative forum, or any other forum asserting the Released Claims against any of the Released Persons.

8.  Upon the Effective Date, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and anyone claiming through or on my behalf (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and anyone claiming through or on its, his, her, or their behalf) to permanently refrain from instituting, commencing or prosecuting in any capacity any Released Claims against any of the Released Persons.

9.  "Effective Date" has the meaning laid out in the Settlement Stipulation.

10. "Released Persons" has the meaning laid out in the Settlement Stipulation.

11. "Released Claims" has the meaning laid out in the Settlement Stipulation.

12. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

13. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

14. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All Claimants MUST submit a manually signed paper Proof of Claim and Release Form listing all their transactions whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at 1-844-924-0858 or visit their website at https://www.ubiquitinetworkssecuritieslitigation.com to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

## I. CLAIMANT INFORMATION

| Name: |
|---|
| |

| Address: |
|---|
| |

| City | State | ZIP |
|---|---|---|

| Foreign Province | Foreign Country |
|---|---|

| Day Phone | Evening Phone |
|---|---|

| Email |
|---|

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

.

## II. SCHEDULE OF TRANSACTIONS IN UBIQUITI COMMON STOCK

**Beginning Holdings:**

A. State the total number of shares of Ubiquiti Common Stock held at the close of trading on May 8, 2013 (*must be documented*).  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of Ubiquiti Common Stock from May 9, 2013 through May 17, 2018, both dates inclusive, and provide the following information (*must be documented*) (Please note, purchases/acquisitions during the period from February 20, 2018 through May 17, 2018, will be used to balance your claim only):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT A-2

**Sales:**

C.  Separately list each and every sale of Ubiquiti Common Stock from May 9, 2013 through May 17, 2018, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D.  State the total number of shares of Ubiquiti common stock held at the close of trading on May 17, 2018, (*must be documented*). If none, write "zero" or "0."

|  |
|---|

**III. SCHEDULE OF TRANSACTIONS IN UBIQUITI CALL OPTIONS**

| A.  **Beginning Holdings** – Separately list all positions in Ubiquiti Call Options in which you had an open interest as of the close of trading on May 8, 2013 (*must be documented*). | IF NONE, CHECK HERE ○ |
|---|---|

| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest | Insert an "E" if Exercised Insert an "X" if Expired |
|---|---|---|---|
| $ | /    / |  |  |
| $ | /    / |  |  |
| $ | /    / |  |  |
| $ | /    / |  |  |
| $ | /    / |  |  |

**Purchases/Acquisitions:**

B.  Separately list each and every purchase/acquisition of Ubiquiti Call Options from after the opening of trading on May 9, 2013 through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Purchase/ Acquisition (List Chrono-logically) (Month/Day/Year) | Strike Price of Call Option | Expiration Date of Call Option (Month/Day/Year) | Number of Call Options Purchased /Acquired | Purchase/ Acquisition Price Per Call Option | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

**Sales:**

C.  Separately list each and every sale/disposition of Ubiquiti Call Options from after the opening of trading on May 9, 2013, through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Sale (List Chronologically) (Month/Day/Year) | Strike Price of Call Option | Expiration Date of Call Option (Month/Day/Year) | Number of Call Options Sold | Sale Price Per Call Option | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ |
| / / | $ | / / | | $ | $ |
| / / | $ | / / | | $ | $ |
| / / | $ | / / | | $ | $ |

| **D.  Ending Holdings** – Separately list all positions in Ubiquiti Call Options in which you had an open interest as of the close of trading on February 19, 2018 (*must be documented*). | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option | Expiration Date of Call Option (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | / / | |
| $ | / / | |
| $ | / / | |
| $ | / / | |

## IV. SCHEDULE OF TRANSACTIONS IN UBIQUITI PUT OPTIONS

| A.   **Beginning Holdings** – Separately list all positions in Ubiquiti Put Options in which you had an open interest as of the close of trading on May 8, 2013 (*must be documented*). | IF NONE, CHECK HERE ○ |
|---|---|

| Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest | Insert an "A" if Assigned Insert an "X" if Expired |
|---|---|---|---|
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

### Sales (Writing):

B.  Separately list each and every sale (writing) of Ubiquiti Put Options from after the opening of trading on May 9, 2013, through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Sale (Writing) (List Chronologically) (Month/Day/Year) | Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Options Sold (Written) | Sale Price Per Put Option | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "A" if Assigned Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

### Purchases/Acquisitions:

C.  Separately list each and every purchase/acquisition of Ubiquiti Put Options from after the opening of trading on May 9, 2013, through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Options Purchased/ Acquired | Purchase /Acquisition Price Per Put Option | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ |
| / / | $ | / / | | $ | $ |
| / / | $ | / / | | $ | $ |
| / / | $ | / / | | $ | $ |

| **D. Ending Holdings**– Separately list all positions in Ubiquiti Put Options in which you had an open interest as of the close of February 19, 2018 (*must be documented*). | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

**If additional space is needed to list your transactions/holdings, attach separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. Taxpayer Identification Number

The Claimant Information form above requests a Taxpayer Identification Number. For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases/acquisitions or sales of Ubiquiti PLC ADSs during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made
on behalf of Joint Claimants, then each must sign):

_____
(Signature)


_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial
purchaser(s), executor, administrator, trustee, etc.)
   Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)


Date: _____

EXHIBIT A-2

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED NO LATER THAN
_____, 20__  AND MUST BE MAILED TO:**

In re Ubiquiti Networks, Inc. Securities Litigation
c/o JND Legal Administration
PO Box 91335
Seattle, WA 98111
Telephone: (844) 924-0858
info@ubiquitinetworkssecuritieslitigation.com

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by _____, 2020 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at 1-844-924-0858 or by email at info@ubiquitinetworkssecuritieslitigation.com.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

### REMINDER CHECKLIST

o   Please be sure to sign this Proof of Claim and Release Form on pages 8 & 9.  If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.