# EXHIBIT A-3

EXHIBIT A-3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Case No. 18-CV-01620 (VM) |
| THIS DOCUMENT RELATES TO: ALL CASES | CLASS ACTION |

## SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND FINAL APPROVAL HEARING

**To:** **ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED UBIQUITI NETWORKS, INC. (N/K/A UBIQUITI INC.) COMMON STOCK OR UBIQUITI CALL OPTIONS, OR SOLD UBIQUITI PUT OPTIONS BETWEEN MAY 9, 2013 AND FEBRUARY 19, 2018, BOTH DATES INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York that a hearing will be held on _____, 2020, at __:__ _.m. before the Honorable Victor Marrero, United States District Judge of the Southern District of New York, United States Courthouse, 500 Pearl Street, Courtroom 15B, New York, New York 10007 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $15,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees, reimbursement of expenses, and a Compensatory Award to Lead Plaintiff should be approved; and (4) whether this Litigation should be dismissed with prejudice as set forth in the Stipulation of Settlement dated December 2, 2019 (the "Settlement Stipulation").

1

Exhibit A-3

If you purchased or otherwise acquired securities of Ubiquiti Networks, Inc., (N/K/A Ubiquiti Inc.) ("Ubiquiti" or the "Company") between May 9, 2013 and February 19, 2018, both dates inclusive (the "Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Ubiquiti securities. If you have not received a detailed Notice of Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by visiting https://www.ubiquitinetworkssecuritieslitigation.com or by contacting the Claims Administrator toll-free at 1-844-924-0858 or at info@ubiquitinetworkssecuritieslitigation.com. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form to the Claims Administrator at the address listed in the detailed Notice and postmarked no later than _____ \_\_, 2020, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____ \_\_, 2020, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and received no later than _____ \_\_, 2020, to each of the following:

Exhibit A-3

| **Clerk of the Court** | **Lead Counsel** | **Counsel For Defendants** |
|---|---|---|
| United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | Jeremy A. Lieberman<br>POMERANTZ LLP<br>600 Third Avenue, Floor 20<br>New York, NY 10016 | Peter E. Kazanoff<br>Nicholas S. Goldin<br>SIMPSON THACHER &<br>BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017 |

If you have any questions about the Settlement, you may visit https://www.ubiquitinetworkssecuritieslitigation.com or write to Lead Counsel at the above address. **PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 20__                    _____
                                                BY ORDER OF THE UNITED STATES
                                                DISTRICT COURT FOR THE
                                                SOUTHERN DISTRICT OF NEW YORK