## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UBIQUITI NETWORKS, INC. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL CASES | No.  1:18-cv-01620 (VM) <br><br> Class Action <br><br> **Motion Date: March 27, 2020** |

### LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTAND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

**PLEASE TAKE NOTICE** that, upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, dated February 14, 2020, the accompanying Declaration of Jeremy A. Lieberman in Support of Lead Plaintiff's (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff, dated February 14, 2020, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiff Xiya Qian, through her undersigned attorneys, will move this Court, before the Honorable Victor Marrero, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15B, New York, NY 10007-1312, on March 27, 2020, at 10:00 a.m., for an Order (1) approving the terms and conditions of the Stipulation of Settlement, dated December 2, 2019 (the "Stipulation"), as fair, reasonable, and adequate for the settlement of all claims asserted by the Settlement Class against Defendants, (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and (3) entering Judgment dismissing this Action with prejudice.  A proposed Final Judgment and

Order of Dismissal with Prejudice granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

| | |
|---|---|
| Dated:  February 14, 2020 | **POMERANTZ LLP** |

<u>*/s/ Jeremy A. Lieberman*</u>
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
Email: jalieberman@pomlaw.com
         mgrunfeld@pomlaw.com

*Lead Counsel for Lead Plaintiff Xiya Qian and the Settlement Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel*