

**Jeremy A. Lieberman**
Managing Partner

**VIA ECF**                                                                                       March 17, 2020

Honorable Victor Marrero
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:  In re Ubiquiti Networks, Inc. Securities Litigation*, **18-cv-01620 (VM) (S.D.N.Y.)**

Dear Judge Marrero:

      I write on behalf of Lead Plaintiff Xiya Qian to confirm the status of the Settlement Hearing in the above-referenced action that is scheduled for March 27, 2020, in light of the Court's Standing Orders in response to COVID-19.  (*See* Dkt. No. 40 ¶ 5; Standing Orders, 20-Misc.-00154, 20-Misc.-00155.) We have conferred with counsel for Defendants (together with Lead Plaintiff, the "Parties"), and we are both available to attend the upcoming Settlement Hearing either telephonically or in person, whichever the Court prefers.

      On February 14, 2020, Lead Plaintiff filed her unopposed motions for final approval of the settlement in this action and for an award of attorneys' fees and expenses. (Dkt. Nos. 41-45.) Lead Plaintiff respectfully submits that the proposed settlement and fee and expense requests should be readily approved for the reasons explained in her motions and, as shown in Exhibit A hereto (and as will be further explained in Lead Plaintiff's upcoming reply in further support of the settlement (which is due to be filed this Friday, March 20, 2020)), because the March 6, 2020 deadline for objecting to, or opting-out of, the settlement has passed with zero objections and only minimal requests for exclusion.  There is no need to delay the straightforward resolution of this action or the relief that the proposed settlement provides to the Settlement Class.

      The Parties therefore request the Court's guidance as to the preferred method to appear at the March 27, 2020 Settlement Hearing.

                       Best regards,

                         */s/ Jeremy A. Lieberman*__

                       Jeremy A. Lieberman

Cc: All counsel of record (via ECF)

600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com

**NEW YORK**          **CHICAGO**          **LOS ANGELES**          **PARIS**

# EXHIBIT A

*In re Ubiquiti Networks, Inc. Securities Litigation*, 18-cv-01620 (VM) (S.D.N.Y.)
Persons Excluded from the Settlement Class Pursuant to Request

| Name | Number of Shares Acquired During the Settlement Class Period |
|---|---|
| Sergey S. Ermolenko | 561 |
| Michael J. Smith | 750 |
| Robert Gordon Kay, Jr. and Judy White Kay | 90 |
| Robert H. Floyd Jr. | 6 |
| Scott Paine | Not provided |
| **Total:** | **1,407**[1] |

---

[1] These 1,407 excluded shares are less than 0.01 percent of the approximately 23.6 million shares estimated to have been affected by the allegations in this action.  (*See* Dkt. No. 39-3 (Settlement Notice) at 1.)