UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Case No. 18-CV-01620 (VM) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**SUPPLEMENTAL DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF LEAD PLAINTIFF'S (1) UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTAND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND (2) UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF**

I, Jeremy A. Lieberman, declare as follows:

1. I am a Partner at Pomerantz LLP ("Pomerantz"). I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto. I make this declaration in further support of Lead Plaintiff's (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff.

2. Attached hereto as Exhibit 1 is the [Proposed] Final Judgment Approving Class Action Settlement and Order of Dismissal with Prejudice.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Supplemental Declaration of Jack Ewashko Regarding: (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date.

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.

Executed this 20th day of March, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
