# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Case No. 18-CV-01620 (VM) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**SUPPLMENTAL DECLARATION OF JACK EWASHKO REGARDING: (A) MAILING OF NOTICE PACKET; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS <u>RECEIVED TO DATE</u>**

I, Jack Ewashko, declare as follows:

1.       I am a Director of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to paragraph 8 of the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 40) (the "Preliminary Approval Order"), which was filed on December 11, 2019, JND was appointed to act as the Claims Administrator in connection with the above-captioned action ("Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Jack Ewashko Regarding: (A) Mailing of the Notice Packet; (B) Publication pf the Summary Notice; And (C) Report on Requests for Exclusion And Objection, dated February 13, 2020, ECF No. 45-1 (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

---

[1] Unless otherwise stated, all capitalized terms used herein have the same definitions as assigned in the Preliminary Approval Order or Stipulation of Settlement, dated December 2, 2019 (Dkt. No. 39-1) ("Stipulation").

## CONTINUED DISSEMINATION OF THE NOTICE PACKET

2.      Since the execution of the Initial Mailing Declaration, JND has received 24,397 additional Notice Packet requests.  Through March 19, 2020, JND has disseminated an aggregate of 195,132 Notice Packets to potential Settlement Class Members and nominees.

## UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE

3.      JND continues to maintain the toll-free telephone number (1-844-924-0858) and Interactive Voice Recording ("IVR") to accommodate potential Settlement Class Members. Through March 19, 2020, there have been a total of 597 calls to the toll-free telephone number. JND has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

4.      JND also continues to maintain the website dedicated to the Settlement, www.ubiquitinetworkssecuritieslitigation.com (the "Settlement Website") to assist potential Class Members.  Through March 19, 2020 the Settlement Website has received 22,084 visits.  The website will continue to be updated with relevant case information and court documents.

## REPORT ON OBJECTIONS AND
## EXCLUSION REQUESTS RECEIVED TO DATE

5.      The Notice informs potential Class Members that requests for exclusion from the Class are to be addressed In re Ubiquiti Networks, Inc. Securities Litigation, Exclusions, c/o JND Legal Administration, P.O. Box 91335, Seattle, Washington, 98111, such that they were postmarked no later than March 6, 2020.

6.      Through March 19, 2020, JND has received 5 requests for exclusion. Attached hereto as Exhibit A are the requests for exclusion. The deadline to file an exclusion was March 6, 2020.

7.      The Notice informs potential Class Members that objections from the Class were to be addressed to each counsel of record.

8.      Through March 19, 2020, JND has not received, from counsel or otherwise, a single objection to the Settlement, any part of the Settlement, or Class Counsel's motion for attorneys' fees and expenses, and application for awards to Class Plaintiffs.  The deadline to file objections was March 6, 2020.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 20, 2020.

_____
Jack Ewashko

# EXHIBIT A

February 1, 2019

Sergey S. Ermolenko

FEB 0 5 2020

Sammamish, WA 98074

*In re Ubiquity Networks, Inc. Securities Litigation*
c/o JND Legal Administration
PO Box 91335
Seattle, WA 98111

Class exclusion request

I, Sergey S. Ermolenko, residing at                    Sammamish, WA, 98074,
                    , respectfully **request exclusion from the Settlement Class** in the *In re Ubiquity Networks, Inc. Securities Litigation,* Docket No. 1:18-cv-01620-VM (S.D.N.Y.).

Ubiquity securities transactions in Settlement Class Period are as follows:
* Bought
  - 05/12/2014 acquired 150 shares of UBNT, cost 4803.45
  - 07/28/2014 acquired 127 shares of UBNT, cost 4998.73
  - 08/25/2014 sold 150 shares of UBNT acquired on 05/12/2014, 6,846.06 proceeds, 4803.45 cost basis
  - 08/25/2014 sold 127 shares of UBNT acquired on 07/28/2014, 5796.33 proceeds, 4998.73 cost basis
  - 09/25/2014 acquired 129 shares of UBNT, cost 5,005.41
  - 10/13/2014 acquired 155 shares of UBNT, cost 5,045.45
  - 09/01/2015 sold 155 shares of UBNT acquired on 10/13/2014, 5,527.52 proceeds, 5,045.45 cost basis
  - 09/01/2015 sold 129 shares of UBNT acquired on 09/25/2014, 4,600.33 proceeds, 5,005.41 cost basis

I held no Ubiquity Securities on February 19, 2018.
See attached pages for redacted tax report statements (Forms 1099-B) with aforementioned transactions listed as proof of purchases and dispositions.

Respectfully,
Sergey S. Ermolenko

 **Fidelity** INVESTMENTS

# 2014 TAX REPORTING STATEMENT

SERGEY ERMOLENKO

| | |
|---|---|
| Account No. | Customer Service: 800-544-6666 |
| Recipient ID No. | Payer's Fed ID Number: 04-3523567 |

## FORM 1099-B*  2014 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 3, 5 & 6)

(IRS Form 1099-B box numbers are shown below in **bold** type)



| 1a Description of property, Stock or Other Symbol, CUSIP Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Code, if Any (c) 1g Adjustments | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State | 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| UBIQUITI NETWORKS INC COM USD0.001, UBNT, 90347A100 | | | | | | | | | | |
| Sale | 150.000 | 05/12/14 | 08/25/14 | 6,846.06 | 4,803.45 | | 2,042.61 | | | |
| Sale | 127.000 | 07/28/14 | 08/25/14 | 5,796.33 | 4,998.73 | | 797.60 | | | |
| Subtotals | | | | 12,642.39 | 9,802.18 | | | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

 **Fidelity** INVESTMENTS

# 2015 TAX REPORTING STATEMENT

SERGEY ERMOLENKO

| Account No. | Customer Service: 800-544-6666 |
| Recipient ID No | Payer's Fed ID Number: 04-3523567 |

**FORM 1099-B***      **2015 Proceeds from Broker and Barter Exchange Transactions**      Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 3, 5 & 6)

(IRS Form 1099-B box numbers are shown below in **bold** type)



| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Code, If Any 1g Adjustments | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State | 16 State Tax Withheld |
| UBIQUITI NETWORKS INC COM USD0.001, UBNT, 90347A100 | | | | | | | | | |
| Sale | 129.000 | 09/25/14 | 09/01/15 | 4,600.33 | 5,005.41 | | -405.08 | | |
| Sale | 155.000 | 10/13/14 | 09/01/15 | 5,527.52 | 5,045.45 | | 482.07 | | |
| Subtotals | | | | 10,127.85 | 10,050.86 | | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Sergey S. Ermolenko

Sammamish, WA 98014-6312

SEATTLE WA 980

03 FEB 2020 PM 7 1

USA FOREVER

FEB 0 5 2020

In re Ubiquiti Networks, Inc Securities Litigation
c/o JND Legal Administration
PO Box 91335
Seattle, WA 98111

98111-133535

February 4, 2020

In re Ubiquiti Networks Securities Litigation
c/o JND Legal Admin
P.O. Box 91335
Seattle, WA 98111

Re: Request Exclusion from Settlement Class

To whom it may concern,

I, Michael j. Smith, wish to opt out of the proposed settlement.  I purchased 750 shares on Feb 23, 2015 and sold 750 shares on May 31, 2017. I have enclosed the account activity statements, from the appropriate statements, showing the purchase costs and proceeds of sale for Ubiquiti Networks Inc.

If you have any further questions, contact me at                        Staunton, VA 24401 or by email at
                                          or by phone at

Sincerely,

Michael J. Smith

Michael J. Smith

**Statement for Account #**
02/01/15 - 02/28/15

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 02/23/15 | 02/26/15 | Cash | Buy - Securities Purchased | UBIQUITI NETWORKS INC COM<br>Commission 9.99 | UBNT | 750 | 31.18 | (23,394.99) | (29,580.71) |

**Closing Balance** $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

| | | | | | |
|---|---|---|---|---|---|
| **Insured Deposit Account Interest Credited** | | | | | |
| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |

**Total Interest Income** $0.59

**Statement for Account #**
06/01/17 - 06/30/17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| Opening Balance | | | | | | | | | $ 0.00 |
| 05/31/17 | 06/05/17 | Cash | Sell – Securities Sold | UBIQUITI NETWORKS INC COM<br>Commission/Fee 6.95<br>Regulatory Fee 0.78 | UBNT | 750- | 47.55 | 35,654.77 | 24,460.32 |

Mr. Michael Smith

Staunton, VA 24401



FEB 1 0 2020

RICHMOND VA 230

06 FEB 2020 PM 8 L

In re Ubiquiti Networks Securities Litigation

C/o JND Legal Admin

P.O. Box 91335

Seattle, WA 98111



Received
FEB 13 2020
by JNDLA

Lake Dallas TX 75065
February 4,2020

In re Ubiquiti Networks, Inc. Securities Litigation
c/o JND Legal Administration
PO Box 91335
Seattle WA 98111

To Whom It May Concern:

We request exclusion from the Settlement Class in the *In re Ubiquitti Networks, Inc. Securities Litigation*, Docket No 1:18-cv-01620-VM (S.D.N.Y.).

Our names are Robert Gordon Kay, Jr and Judy White Kay.

Our address is        Lake Dallas TX 75065

Our phone number is

Our email address is

We held 60 shares of Ubiquitti Networks Inc acquired March 17, 2014 for $3200.19 and then sold on March 26, 2014 for $2807.55.

We held 30 shares of Ubiquitti Networks Inc acquired April 1, 2014 for $1586.91 and then sold on April 4, 2014 for $1246.71.

Please note attached statement from TDAMERITRADE noting our names, account number, year, and holdings.

We owned 0 shares of Ubiquitti Networks Inc as of February 19, 2018.

Sincerely,

*Robert Gordon Kay Jr.*

Robert Gordon Kay, Jr.

*Judy White Kay*

Judy White Kay

# TD Ameritrade
Member FINRA/SIPC

PO BOX 2209
OMAHA, NE 68103-2209
Customer Service:  800-669-3900

PAYER'S Federal ID No:

## Tax Information
## Account

ROBERT GORDON KAY JR &
JUDY WHITE KAY JT TEN

LAKE DALLAS, TX 75065-3429

RECIPIENT'S ID No

Statement Date:  02/17/2015
Document ID:

**2014**

## Summary Information

### DIVIDENDS AND DISTRIBUTIONS      2014 1099-DIV*  OMB No. 1545-0110
1a- Total ordinary dividends (includes line 1b)
1b- Qualified dividends
2a- Total capital gain distributions (includes lines 2b,  2c,  2d)
2b- Unrecaptured Section 1250 gain
2c- Section 1202 gain
2d- Collectibles (28%) gain
3- Nondividend distributions
4- Federal income tax withheld
5- Investment expenses
7- Foreign country or US possession:        6- Foreign tax paid:
8- Cash liquidation distributions
9- Noncash liquidation distributions
10- Exempt-interest dividends (includes line 11)
11- Specified private activity bond interest dividends (AMT)

### MISCELLANEOUS INCOME            2014 1099-MISC*  OMB No. 1545-0115
2- Royalties
3- Other income
4- Federal income tax withheld
8- Substitute payments in lieu of dividends or interest

### REGULATED FUTURES CONTRACTS  2014 1099-B*   OMB No. 1545-0715
8- Profit or (loss) realized in 2014 on closed contracts
9- Unrealized profit or (loss) on open contracts-12/31/2013
10- Unrealized profit or (loss) on open contracts-12/31/2014
11- Aggregate profit or (loss) on contracts

*If applicable, summaries and details of proceeds from sale transactions appear in subsequent sections of this document.*

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

## SALES TRANSACTIONS

### Proceeds, gains, losses and adjustments
Refer to the 1099-B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses.  The amounts shown below are for informational purposes.

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale |

Changes to dividend tax classifications processed after your original tax form is issued for 2014 may require an amended tax form.

**TD AMERITRADE CLEARING INC**

## Proceeds from Broker and Barter Exchange Transactions
### (continued)

Account

OMB No.

2014    1099-B*

**2- SHORT-TERM TRANSACTIONS**          *5- COVERED tax lots   3- Basis is reported to the IRS\*\**
Report on Form 8949, Part I, with Box A checked
1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross (N)et | 1b- Date acquired | 1e- Cost or other basis | 1g- Adjustments & 1f- Code(s), if any | Gain or loss(-) & 7- Loss not allowed(X) | Additional information |
|---|---|---|---|---|---|---|---|
| UBIQUITI NETWORKS INC COM / CUSIP: 90347A100 / Symbol: UBNT | | | | | | | |
| 03/26/14 | 60.000 | 2,807.55 | 03/17/14 | 3,200.19 | 196.32  W | -196.32 | Sale |
| 04/04/14 | 30.000 | 1,246.71 | 04/01/14 | 1,586.91 | ... | -340.20 | Sale |
| Security total: | | 4,054.26 | | 4,787.10 | 196.32  W | -536.52 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).
\*\*For NONCOVERED tax lots, values for "Date acquired," "Cost or other basis" and "Adjustments & Code(s), if any" are provided for your reference and are NOT reported to the IRS. For all tax lots, values for "Gain or loss(-)" and "Additional information" are provided for your reference and are NOT reported to the IRS.

LAKE DALLAS TX 75065



NORTH TEXAS TX P&D
DALLAS TX 750
10 FEB 2020 PM 11

IN re UBIQUITTI NETWORKS INC
SECURITIES LITIGATION
FEB 1 3 2020   c/o JND LEGAL ADMINISTRATION
PO BOX 91335
SEATTLE WA 98111

98111-133535

Robert H Floyd Jr

Loganville GA 30052                                          FEB 1 8 2020

Phone #

E-mail

February 12, 2020

   I am writing this letter  to request exclusion from the Settlement Class in the In re Ubiquiti
Networks.Inc. Securities Litigation, Docket No. 1:18-cv-01620-VM (S.D.N.Y.).  I own six shares of Ubiquiti
Networks,Inc. and I purchased them on October 6th,2017 at $58.00 a share.  I currently still own my
shares.  If any questions let me know by mail or e-mail in this matter.

Sincerely,

*Robert H Floyd Jr.*

Robert H. Floyd Jr.

| Type | Symbol / Cusip | Quantity | Description | Estimated Market | | | Estimated Annual | |
|---|---|---|---|---|---|---|---|---|
| | | | | Price | Value | % | Income | Cur. Yld |
| MARGIN | | | | | | | | |
| MARGIN | UBNT | 6 | UBIQUITI NETWORKS INC<br>LAST DVD INFO:10/28/14 @ .170 | 62.18 | 373.08 | 0.34 | | |
| MARGIN | | | | | | | | |
| MARGIN | | | | | | | | |
| | | | **TOTAL** | | 108,517.92 | 100% | 910.01 | |

### MARGIN ACCOUNT ACTIVITY

| Date | Transaction | Symbol / Cusip | Quantity | Tax Lot Method** | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | OPENING BALANCE | | | 40.41 |
| 10/02/17 | | | | | | | | |
| 10/02/17 | | | | | | | | |
| 10/03/17 | | | | | | | | |
| 10/06/17 | | | | | | | | |
| 10/06/17 | | | | | | | | |
| 10/06/17 | BOUGHT | UBNT | 6 | | UBIQUITI NETWORKS INC | 58.00 | -354.95 | 268.94 |
| 10/11/17 | | | | | | | | |
| 10/13/17 | | | | | | | | |
| 10/13/17 | | | | | | | | |
| 10/18/17 | | | | | | | | |
| 10/23/17 | | | | | | | | |
| | | | | | CLOSING BALANCE | | | 516.29 |

** You can review cost basis information for your account by clicking on the My Account tab after logging into your account and then clicking on "Gain/Loss & Tax Center". Unless you instruct otherwise, Scottrade will use the first in, first

Mr. Robert Floyd
Loganville GA 30052-9231

N RETRO
GA 301
12 FEB '20
PM 51


FOREVER   USA

FEB 1 8 2020

In re Ubiquiti Networks, Inc.
securities Litigation
C/o JND Legal Administration
P.O. Box 91335
seattle, WA 98111

98111-133535

**From:**      Webmaster - WWW
**Sent:**      Sunday, February 23, 2020 4:58 PM
**To:**        CA - info@UbiquitiNetworksSecuritiesLitigation.com
**Subject:**   In re Ubiquiti Networks, Inc. Settlement Contact Request

| | |
|---|---|
| **Form** | Contact Us Form - UBI |
| **Submitted on:** | 2/23/2020 1:58:20 PM |
| **Name** | Scott Paine |
| **Address** | |
| **City** | Winchester |
| **State** | MA |
| **PostalCode** | 01890 |
| **Phone** | |
| **Email** | |
| **Topic** | Other Questions |
| **Comments** | I hereby request to be excluded from the settlement class in the class action "IN RE UBIQUITI NETWORKS, iNC. SECURITIES LITIGATION", Case No. 18-CV-01620 (VM) |