```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
                                  :
IN RE UBIQUITI NETWORKS, INC.     :   18 Civ. 1620(VM)
SECURITIES LITIGATION             :   ORDER
                                  :
                                  :
                                  :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the subsequent conference in the above-captioned action, currently scheduled to be held on Friday, March 27, 2020 at 10:00 a.m., shall be held telephonically. The conference will take place using the dial-in number 1-646-581-9990, with participant code 1-202-729-3165.

**SO ORDERED:**

Dated:    New York, New York
          24 March 2020

                                              *[signature]*
                                         _____
                                            Victor Marrero
                                              U.S.D.J.