# EXHIBIT A

*In re Ubiquiti Networks, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91335
Seattle, WA, 98111

Email: info@UbiquitiNetworksSecuritiesLitigation.com
Telephone Number: 1 (844) 924-0858
Settlement Website: www.UbiquitiNetworksSecuritiesLitigation.com

**Mailing Date:**
**Response Due Date:**

**Claim ID:**

**Eligible Security:** Ubiquiti Common Stock
and/or Ubiquiti Call & sold Put Options

**Class Period:** Between May 9, 2013 and
February 19, 2018, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation settlement. We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Reason for deficiency/ineligibility (Please see below for explanation):**
**NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD**

**Explanation of Claim Deficiency/Ineligibility:**

**NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD**

This Claim does not contain any purchases of Ubiquiti Common Stock, Ubiquiti Call Options or sold Ubiquiti Put Options during the Class Period, May 9, 2013 through February 19, 2018, both dates inclusive.

**How To Fix:**

If you have purchase transactions of Ubiquiti Common Stock, Ubiquiti Call Options, or sold Put Options during this period, you must provide this and all other information and supporting documentation called for in the Proof of Claim and Release Form with respect to your holdings of and transactions in Ubiquiti Common Stock, Ubiquiti Call Options, or sold Put Options.

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments. A copy of this letter must be included with your request for Court review. PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration

*In re Ubiquiti Networks, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91335
Seattle, WA, 98111

Email: info@UbiquitiNetworksSecuritiesLitigation.com
Telephone Number: 1 (844) 924-0858
Settlement Website: www.UbiquitiNetworksSecuritiesLitigation.com

**Mailing Date:**
**Response Due Date:**

**Claim ID:**

**Eligible Security: Ubiquiti Common Stock
and/or Ubiquiti Call & sold Put Options**

**Class Period: Between May 9, 2013 and
February 19, 2018, inclusive**

# NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation settlement. We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (Please see below for explanation):
**NO DOCUMENTATION WAS PROVIDED TO SUPPORT THE CLAIM**

**Explanation of Claim Deficiency/Ineligibility:**

**NO DOCUMENTATION WAS PROVIDED TO SUPPORT THE CLAIM**

You did not provide any documentation for the Claim.

**How To Fix:**

You can resolve this deficiency by submitting acceptable documentation to support the Claim.

Specifically, the supporting documentation for each transaction must reflect the purchase (acquisition)/sale date, the number of shares purchased (acquired)/sold and the price paid/received per share. With respect to the required "holding" positions, the documentation need only support the number of shares held as of the dates set forth in Proof of Claim and Release Form.

Acceptable documentation includes securities broker's confirmation slips, month and year-end account statements or similar documentation (self-generated documents are not acceptable).

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments. A copy of this letter must be included with your request for Court review. PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration