# EXHIBIT B

# PART I – CLAIMANT INFORMATION

Name:

MARK BELANGER

Address:

City:

State:

CA

ZIP:

Foreign Province:

Foreign Country:

Day Phone:

Evening Phone:

Email:

Social Security Number (for individuals):

OR

Taxpayer Identification Number
(for estates, trusts, corporations, etc.):

# PART II – SCHEDULE OF TRANSACTIONS IN UBIQUITI COMMON STOCK

### A. Beginning Holdings:

State the total number of shares of Ubiquiti Common Stock held at the close of trading on May 8, 2013 (*must be documented*). If none, write "zero" or "0."

*0*

### B. Purchases/Acquisitions:

Separately list each and every purchase or acquisition of Ubiquiti Common Stock from May 9, 2013 through May 17, 2018, both dates inclusive, and provide the following information (*must be documented*) (Please note, purchases/acquisitions during the period from February 20, 2018 through May 17, 2018, will be used to balance your claim only):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 2 / 12 / 2014 | 48 SHARES | $ 44.2999 | $ 2134.35 |
| 3 / 15 / 2014 | 75 SHARES | $ 49.2499 | $ 3701.09 |
| 4 / 12 / 2014 | 100 SHARES | $ 47.5399 | $ 4761.94 |
| 4 / 11 / 2014 | 32 SHARES | $ 41.07 | $ 1322.19 |
| 4 / 11 / 2014 | 61 SHARES | $ 41.0899 | $ 2506.48 |
| 9 / 11 / 2014 | 60 SHARES | $ 49.2499 | $ 2962.94 |

### C. Sales:

− 7.95 FOR COMMISSIONS

Separately list each and every sale of Ubiquiti Common Stock from May 9, 2013 through May 17, 2018, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 3 / 12 / 2014 | 48 SHARES | $ 44.54 | $ − 4.43 |
| 3 / 12 / 2014 | 75 SHARES | $ 44.52 | $ − 370.72 |
| 4 / 14 / 2014 | 100 SHARES | $ 40.16 | $ − 753.98 |
| 5 / 19 / 2014 | 33 SHARES 32 | $ 34.30 | $ − 225.43 |
| 9 / 16 / 2014 | 60 SHARES | $ 43.1601 | $ − 381.34 |
| 5 / 19 / 2014 | 61 SHARES | $ 34.30 | $ − 415.79 |

### D. Ending Holdings:

EXCLUDES COMMISSIONS, TAXES, FEES

State the total number of shares of Ubiquiti common stock held at the close of trading on May 17, 2018, (*must be documented*). If none, write "zero" or "0."

*0*

If additional space is needed to list your transactions/holdings, attach separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.

# PART III – SCHEDULE OF TRANSACTIONS IN UBIQUITI CALL OPTIONS

| A. **Beginning Holdings** – Separately list all positions in Ubiquiti Call Options in which you had an open interest as of the close of trading on May 8, 2013 (*must be documented*). | **IF NONE, CHECK HERE** ☒ |
|---|---|

| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest | Insert an "E" if Exercised Insert an "X" if Expired |
|---|---|---|---|
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |
| $ | / / | | |

## B. Purchases/Acquisitions:

Separately list each and every purchase/acquisition of Ubiquiti Call Options from after the opening of trading on May 9, 2013 through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Call Option | Expiration Date of Call Option (Month/ Day/Year) | Number of Call Options Purchased/ Acquired | Purchase/ Acquisition Price Per Call Option | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise Date (Month/ Day/Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

**If additional space is needed to list your transactions/holdings, attach separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

# PART III – SCHEDULE OF TRANSACTIONS IN UBIQUITI CALL OPTIONS

## C. Sales:

Separately list each and every sale/disposition of Ubiquiti Call Options from after the opening of trading on May 9, 2013, through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Sale (List Chronologically) (Month/Day/Year) | Strike Price of Call Option | Expiration Date of Call Option (Month/Day/Year) | Number of Call Options Sold | Sale Price Per Call Option | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |

## D. Ending Holdings:

Separately list all positions in Ubiquiti Call Options in which you had an open interest as of the close of trading on February 19, 2018 (*must be documented*).

**IF NONE, CHECK HERE** ☒

| Strike Price of Call Option | Expiration Date of Call Option (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
|---|---|---|
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |

**If additional space is needed to list your transactions/holdings, attach separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

# PART IV – SCHEDULE OF TRANSACTIONS IN UBIQUITI PUT OPTIONS

| **A. Beginning Holdings** – Separately list all positions in Ubiquiti Put Options in which you had an open interest as of the close of trading on May 8, 2013 (*must be documented*). | **IF NONE, CHECK HERE** ☒ |
| --- | --- |

| Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest | Insert an "A" if Assigned Insert an "X" if Expired |
| --- | --- | --- | --- |
| $ | /  / | | |
| $ | /  / | | |
| $ | /  / | | |
| $ | /  / | | |
| $ | /  / | | |
| $ | /  / | | |

## B. Sales (Writing):

Separately list each and every sale (writing) of Ubiquiti Put Options from after the opening of trading on May 9, 2013, through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Sale (Writing) (List Chronologically) (Month/Day/Year) | Strike Price of Put Option | Expiration Date of Put Option (Month/Day /Year) | Number of Put Options Sold (Written) | Sale Price Per Put Option | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "A" if Assigned Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/ Year) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |
| /  / | $ | /  / | | $ | $ | | /  / |

**If additional space is needed to list your transactions/holdings, attach separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

# PART IV – SCHEDULE OF TRANSACTIONS IN UBIQUITI PUT OPTIONS

## C. Purchases/Acquisitions:

Separately list each and every purchase/acquisition of Ubiquiti Put Options from after the opening of trading on May 9, 2013, through and including the close of trading on February 19, 2018 (*must be documented*):

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Options Purchased/ Acquired | Purchase/ Acquisition Price Per Put Option | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|---|---|
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |
| /  / | $ | /  / | | $ | $ |

## D. Ending Holdings:

Separately list all positions in Ubiquiti Put Options in which you had an open interest as of the close of February 19, 2018 (*must be documented*).

**IF NONE, CHECK HERE** ☒

| Strike Price of Put Option | Expiration Date of Put Option (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest |
|---|---|---|
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |
| $ | /  / | |

**If additional space is needed to list your transactions/holdings, attach separate numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**Taxpayer Identification Number**

The Claimant Information form above requests a Taxpayer Identification Number. For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

# PART V - CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases/acquisitions or sales of Ubiquiti PLC ADSs during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

PURCHASER

(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

4/2/2020
Date

# REMINDER CHECKLIST



1. Please be sure to sign this Proof of Claim and Release Form on page 11. If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.

2. Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.





3. Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

4. If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.



**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED POSTMARKED NO LATER THAN APRIL 3, 2020 AND MUST BE MAILED TO:**

*In re Ubiquiti Networks, Inc. Securities Litigation*
c/o JND Legal Administration
PO Box 91335
Seattle, WA 98111
Telephone: 1-844-924-0858
info@UbiquitiNetworksSecuritiesLitigation.com

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed or submitted online by **April 3, 2020** and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at 1-844-924-0858 or by email at info@UbiquitiNetworksSecuritiesLitigation.com.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

**Fidelity**.com

Print    Close Window

For best results, set your printing preferences to landscape.

## Closed Positions

### Realized Gain/Loss Summary for 2014

| Account | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|
|  | -- | -$3,696.51 | -$3,696.51 |
| Total | $0.00 | -$3,696.51 | -$3,696.51 |

### Realized Gain/Loss Detail for 2014

| Symbol | Description | Quantity | Date Acquired | Date Sold | Proceeds** | Cost Basis | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | +$12,292.30 | $0.00 | -$1,765.92 |
| UI (90353W103) | UBIQUITI INC COM | 268.000 |  |  | +$10,526.38 | +$12,292.30 | -- | -$1,765.92 |
|  |  |  |  | Total | +$10,526.38 | +$12,292.30 | $0.00 | -$1,765.92 |

** Less commissions.

If securities held in your account are restricted for sale under your company's stock plan rules, Fidelity will use the FIFO method for lots available for sale.

**IMPORTANT INFORMATION**
If you incur a realized loss on a security and you repurchase additional shares of the same security 30 days before or after the sale, the repurchase may result in the loss being deferred under the "wash sale" provisions of the Internal Revenue Code. In the event of a wash sale, Fidelity may adjust the Acquisition Date of the newly acquired securities to include the holding period of the disallowed loss. Purchases include shares acquired through reinvested dividends. Other transactions may result in loss deferrals including "straddles" and certain option strategies. You should consult your tax advisor for additional information.

*** - The information above lists trades with Unknown Cost Basis in your account as of the trade date.

c - Cost basis information has been provided by you; therefore we cannot verify the accuracy of this information.

g/g* - See your online monthly/quarterly statements or the Supplemental Information section of your annual Tax Reporting Statement which are viewable at Statements/Records for details.

s* - Cost basis and gain/loss reporting for this security are based on Specific Share Identification.

t - Third party provided.

Ⓦ - Adjusted due to previous wash sale disallowed loss.

(w) - You have chosen to view Unadjusted Cost Basis information. Cost basis information has not been adjusted to reflect the disallowed loss.

m - This position has been marked to the market. The cost basis and acquisition date were adjusted to reflect the market value of the security on December 31 of the previous year. See the IRS Publication 550 for more information about the IRC Mark to Market requirement for Section 1256 Contracts.

d - Adjusted cost basis reflects any adjustments due to original issue discount, premium, or acquisition premium, market discount (including any year-to-date amount). It assumes such amounts were amortized or accrued for tax purposes through current date for open positions and through disposition date for closed positions. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. Any market discount accretion for this position was calculated using the constant yield method unless a different fixed income election has been made and, if applicable, recognized upon disposition. Gain/loss displayed for this position is calculated using the cost basis adjustments as described above. The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes. Refer to IRS Publication 550, *Investment Income and Expenses*, for additional information.

Amortization, accretion, and similar adjustments to cost basis are not provided for short-term instruments and unit investment trusts. For fixed income securities subject to paydowns (early repayment of principal), cost basis is adjusted using a method that takes paydowns into account and calculates original issue discount, premium, and acquisition premium using a constant yield method.

² Gain on the disposition of these shares may be characterized as ordinary income. Click on link under Short Term Gain/Loss and Long Term Gain/Loss for details.

Fidelity provides Cost and associated Profit/Loss information to you as a courtesy service. Retirement account Cost and associated Gain/Loss information should not be used for tax-reporting purposes. The gain/loss information for positions sold in retirement accounts is displayed in Long Term and Short Term Gain/Loss columns, however this classification generally does not apply to retirement accounts for tax reporting purposes. Note: Historically, at Fidelity, cost basis in retirement accounts, has not included dividend reinvestments or capital gains. This calculation is being changed and will be applied to accounts beginning in September 2011. All accounts will be converted to the new calculation by the end of 2012. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon the Cost information provided herein. Unless otherwise specified, for all securities, Fidelity determines cost at the time of sale using a first-in, first-out (FIFO) methodology.

c¹ Cost basis is currently not available for this position. We are actively processing updates to your cost basis based on trades placed earlier today.

c² Cost basis is currently not available for this position. Updated cost basis will be available prior to market open tomorrow.



© 1998 – 2020 FMR LLC.
All rights reserved.

**Fidelity**.com

Print   Close Window

For best results, set your printing preferences to landscape.

## Closed Positions

### Realized Gain/Loss Summary for 2014

| Account | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|
| | -- | -$2,155.20 | -$2,155.20 |
| Total | $0.00 | -$2,155.20 | -$2,155.20 |

### Realized Gain/Loss Detail for 2014

| Symbol | Description | Quantity | Date Acquired | Date Sold | Proceeds** | Cost Basis | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | | | | | +$5,097.29 | $0.00 | -$385.77 |
| UI (90353W103) | UBIQUITI INC COM | 108.000 | | | +$4,711.52 | †$5,097.29 | -- | -$385.77 |
| | | | | Total | +$4,711.52 | +$5,097.29 | $0.00 | -$385.77 |

\*\* Less commissions.

If securities held in your account are restricted for sale under your company's stock plan rules, Fidelity will use the FIFO method for lots available for sale.

**IMPORTANT INFORMATION**
If you incur a realized loss on a security and you repurchase additional shares of the same security 30 days before or after the sale, the repurchase may result in the loss being deferred under the "wash sale" provisions of the Internal Revenue Code. In the event of a wash sale, Fidelity may adjust the Acquisition Date of the newly acquired securities to include the holding period of the disallowed loss. Purchases include shares acquired through reinvested dividends. Other transactions may result in loss deferrals including "straddles" and certain option strategies. You should consult your tax advisor for additional information.

\*\*\* - The information above lists trades with Unknown Cost Basis in your account as of the trade date.

c - Cost basis information has been provided by you; therefore we cannot verify the accuracy of this information

g/g* - See your online monthly/quarterly statements or the Supplemental Information section of your annual Tax Reporting Statement which are viewable at Statements/Records for details.

s* - Cost basis and gain/loss reporting for this security are based on Specific Share Identification.

t - Third party provided.

ⓦ - Adjusted due to previous wash sale disallowed loss.

⟨ⓦ⟩ - You have chosen to view Unadjusted Cost Basis information. Cost basis information has not been adjusted to reflect the disallowed loss.

m - This position has been marked to the market. The cost basis and acquisition date were adjusted to reflect the market value of the security on December 31 of the previous year. See the IRS Publication 550 for more information about the IRC Mark to Market requirement for Section 1256 Contracts.

d - Adjusted cost basis reflects any adjustments due to original issue discount, premium, or acquisition premium, market discount (including any year-to-date amount). It assumes such amounts were amortized or accrued for tax purposes from the acquisition date through current date for open positions and through disposition date for closed positions. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. Any market discount accretion for this position was calculated using the constant yield method unless a different fixed income election has been made and, if applicable, recognized upon disposition. Gain/loss displayed for this position is calculated using the cost basis adjustments as described above. The adjusted cost basis may not reflect all adjustments necessary for tax reporting purposes. Refer to IRS Publication 550, *Investment Income and Expenses*, for additional information.

Amortization, accretion, and similar adjustments to cost basis are not provided for short term instruments and unit investment trusts. For fixed income securities subject to paydowns (early repayment of principal), cost basis is adjusted using a method that takes paydowns into account and calculates original issue discount, premium, and acquisition premium using a constant yield method.

ⓨ Gain on the disposition of these shares may be characterized as ordinary income. Click on link under Short Term Gain/Loss and Long Term Gain/Loss for details.

Fidelity provides Cost and associated Profit/Loss information to you as a courtesy service. Retirement account Cost and associated Gain/Loss information should not be used for tax-reporting purposes. The gain/loss information for positions sold in retirement accounts is displayed in Long Term and Short Term Gain/Loss columns, however this classification generally does not apply to retirement accounts for tax reporting purposes. Note: Historically, at Fidelity, cost basis in retirement accounts, has not included dividend reinvestments or capital gains. This calculation is being changed and will be applied to accounts beginning in September 2011. All accounts will be converted to the new calculation by the end of 2012. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon the Cost information provided herein. Unless otherwise specified, for all securities, Fidelity determines cost at the time of sale using a first-in, first-out (FIFO) methodology.

c¹ Cost basis is currently not available for this position. We are actively processing updates to your cost basis based on trades placed earlier today.

c² Cost basis is currently not available for this position. Updated cost basis will be available prior to market open tomorrow.



© 1996 – 2020 FMR LLC
All rights reserved.

Summary | Portfolio Positions | Portfolio Research | Performance | Analysis | Statements

Help/Glossary | Print

Open Positions | **Closed Positions**

As of 04/03/2020 5:25PM ET Refresh AAA

**Realized Gain/Loss Summary for 2014**

Select Account(s)

Account ▲   Select Action ▼

Include Positions

◇ Type: Mixed ▼ Date Sold: 2014 ▼ • Accounts

Group By

Positions

View As

Save View
What's Saved?

| | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|
| Total | $0.00 | -$3,696.51 | -$3,696.51 |

**Realized Gain/Loss Detail for 2014**

| Symbol ▲ | Description | Select Action ▼ | Quantity | Date Acquired | Date Sold | Proceeds** | Cost Basis | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| UI (90353W103) | UBIQUITI INC COM | | 268.000 | | | +$10,526.38 | +$12,292.30 | $0.00 | -$1,765.92 |
| | | | 61.000 | 04/17/2014 | 05/09/2014 | +$2,090.69 | +$2,506.48 | -- | -$415.79 |
| | | | 32.000 | 04/17/2014 | 05/09/2014 | +$1,096.76 | +$1,322.19 | -- | -$225.43 |
| | | | 100.000 | 04/02/2014 | 04/04/2014 | +$4,007.96 | +$4,761.94 | -- | -$753.98 |
| | | | 75.000 | 03/05/2014 | 03/27/2014 | +$3,330.97 | +$3,701.69 | -- | -$370.72 |
| | | **Total** | | | | **+$10,526.38** | **+$12,292.30** | **$0.00** | **-$1,765.92** |

Less commissions.

**IMPORTANT INFORMATION**

If you incur a realized loss on a security and you repurchase additional shares of your company's stock plan rules. Fidelity will use the FIFO method for lots available for sale.

If you incur a realized loss on a security and you repurchase additional shares of the same security 30 days before or after the sale, the repurchase may result in the loss being deferred under the "wash sale" provisions of the Internal Revenue Code. In the event of a wash sale, Fidelity may adjust the Acquisition Date of the newly acquired securities to include the holding period of the disallowed loss. Purchases include shares acquired through reinvested dividends. Other transactions may result in loss deferrals including "straddles" and certain option strategies. You should consult your tax advisor for additional information.

** - The information above lists trades with Unknown Cost Basis in your account as of the trade date.

securities held in your account are restricted for sale under your company's stock plan rules. Fidelity will use the FIFO method for lots available for sale.

Summary   Portfolio Positions   Portfolio Research   Performance   Analysis   Statements   Help/Glossary  Print

Open Positions | Closed Positions

As of 04/03/2020  5:27PM ET   Refresh   A A A

Save View
What's Saved?

**Select Account(s)**   **Include Positions**   **Group By**   **View As**

◇   Type: Mixed   ◄   Date Sold: 2014   ◄   • Accounts   Positions

## Realized Gain/Loss Summary for 2014

| Account ▲ | | Short-Term Gain/Loss | Long-Term Gain/Loss | Total Gain/Loss |
|---|---|---|---|---|
| | Select Action ▼ | -- | -$2,155.20 | -$2,155.20 |
| | Total | $0.00 | -$2,155.20 | -$2,155.20 |

## Realized Gain/Loss Detail for 2014

| Symbol ▲ | Description | Quantity | Date Acquired | Date Sold | Proceeds** | Cost Basis | Short Term Gain/Loss | Long Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | Select Action ▼ | | | | | | | |
| UI (90353W103) | UBIQUITI INC COM | 108.000 | | | +$4,711.52 | +$5,097.29 | $0.00 | -$385.77 |
| | | 60.000 | 09/11/2014 | 09/16/2014 | +$2,581.60 | +$2,962.94 | -- | -$381.34 |
| | | 48.000 | 02/12/2014 | 03/27/2014 | +$2,129.92 | +$2,134.35 | -- | -$4.43 |
| | | | | Total | +$4,711.52 | +$5,097.29 | $0.00 | -$385.77 |

Less commissions

**IMPORTANT INFORMATION**

securities held in your account are restricted for sale. Fidelity will use the FIFO method for lots available for sale.

you incur a realized loss on a security a.d you repurchase additional shares of the same security 30 days before or after the sale. The repurchase may result in the loss being deferred under the "wash sale" provisions of the Internal Revenue Code. In the event of a wash sale, Fidelity may adjust the Acquisition Date of the newly acquired securities to include the holding period of the disallowed loss. Purchases include shares acquired through reinvested dividends. Other transactions may result in loss deferrals including "straddles" and certain option strategies. You should consult your tax advisor for additional information.

*** - The information above lists trades with Unknown Cost Basis in your account as of the trade date

U.S. POSTAGE PAID
FCM LG ENV
BEVERLY HILLS, CA
90210
APR 03, 20
AMOUNT
**$1.20**
R2305K134698-09

98111

1024

UNITED STATES
POSTAL SERVICE

To: IN RE UBIQUITI NETWORKS, INC  SECURITIES LITIGATION

c/o JND LEGAL ADMINISTRATION

PO BOX 91335

SEATTLE, WA 98111

APR 0 7 2020

From: MARK BELANGER

CA

ReadyPost

Document Mailer

**JND** LEGAL ADMINISTRATION

*In re Ubiquiti Networks, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91335
Seattle, WA, 98111

Email: info@UbiquitiNetworksSecuritiesLitigation.com
Telephone Number: 1 (844) 924-0858
Settlement Website: www.UbiquitiNetworksSecuritiesLitigation.com

| | |
|---|---|
| **MARK BELANGER** | **Mailing Date: 5/7/2020** |
| | **Response Due Date: 05/27/2020** |
| CA | |
| **UNITED STATES** | **Claim ID:** |
| | **Eligible Security: Ubiquiti Common Stock** |
| | **and/or Ubiquiti Call & sold Put Options** |
| | **Class Period: Between May 9, 2013 and** |
| | **February 19, 2018, inclusive** |

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation settlement.  We have determined based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below.  In order to resolve the deficiencies, you must submit a written response with any required documentation as specified below postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

**Reason for deficiency/ineligibility (Please see below for explanation):**

**CLAIM DOES NOT CALCULATE TO A RECOGNIZED LOSS UNDER THE PLAN OF ALLOCATION**

**Explanation of Claim Deficiency/Ineligibility:**

**CLAIM DOES NOT CALCULATE TO A RECOGNIZED LOSS UNDER THE PLAN OF ALLOCATION**

In accordance with the Plan of Allocation set forth in the Notice, the Claim referenced above does not calculate to a Recognized Claim and is, therefore, ineligible to receive a payment from the Net Settlement Fund.

**How To Fix:**

You can resolve this condition of ineligibility only by submitting additional purchase transactions of Ubiquiti Common Stock, Ubiquiti Call Options or sold Ubiquiti Put Options during the Class Period, i.e., from May 9, 2013 through February 19, 2018, inclusive, that were not previously reflected in your Claim.  You must also support any additional transactions with acceptable documentation.

Acceptable documentation includes securities broker's confirmation slips, month- and year-end account statements or similar documentation (self-generated documents are not acceptable).

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above.  Your letter, which must be signed, must: (1) specifically state that you "request that the Court review the full or partial rejection of your Claim"; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your arguments.  A copy of this letter must be included with your request for Court review.  PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration

May 16, 2020

Mark Belanger

CA
United States

In re Ubiquiti Networks, Inc. Securities Litigation
% JND Legal Administration
P.O. Box 91335
Seattle, WA, 98111

Dear Claims Administrator,

I request that the Court review the full or partial rejection of my Claim.

The claim does calculate to a recognized loss under the plan of allocation. Please see the
supporting documentation provided with the original claim that includes account statements of
transactions.

The Recognized Loss Calculation is provided below:
If a Recognized Loss amount is calculated to be a negative number for a particular transaction,
that Recognized Loss shall be set to zero.

**Common Stock Recognized Loss Calculations**: For each share of Ubiquiti Common Stock
purchased or otherwise acquired during the Settlement Class Period (*i.e.*, May 9, 2013 through
February 19, 2018, inclusive), the Recognized Loss per share shall be calculated as follows:

i. For each share of Ubiquiti Common Stock purchased during the period May 9, 2013
through September 17, 2017, inclusive,
* that was sold prior to September 18, 2017, the Recognized Loss per share is $0.

My Recognized Loss amount is calculated to be a negative number and the Recognized Loss
was set to zero. This calculates to a recognized loss under the plan of allocation.

Please let me know if you have any questions.

Sincerely,

Mark Belanger

MAY 22 2020

LOS ANGELES CA 900

19 MAY 2020 PM 6 L

MARK BELANGER

CA

In re Ubiquiti Networks, Inc.
Securities Litigation
c/o JND Legal Administration
P.O. Box 91335
Seattle, WA, 98111

98111-133535

**From:**           Mark Belanger <                              >
**Sent:**           Wednesday, June 3, 2020 2:27 PM
**To:**             CA - UBISecurities
**Subject:**        Re: In re Ubiquiti Networks, Inc. Securities Litigation Court Review

**Categories:**           Red Category

Hi,

I have requested a judge to review my claim. Please do not remove my claim from court review.

Mark

On Wed, Jun 3, 2020 at 11:24 AM CA - UBISecurities <UBISecurities@jndla.com> wrote:

Attn: MARK BELANGER

We received your court review request for the Ubiquiti Networks, Inc. Securities Litigation and have been attempting to reach you by phone to discuss.

Your claim was calculated correctly against the Plan of Allocation which determines Recognized Losses. This is not to be confused with a Market Loss. The calculation of Recognized Loss revolves around the dates of your transactions. Page 11 explains the formula used for determining a Recognized Loss.

Because you sold all of your shares prior to September 18, 2017, the Recognized Loss per share is $0 and as such we will be withdrawing your request for Court Review.

Please reply that the email has been received.

Regards,

Claims Administrator (JV)

In re Ubiquiti Networks, Inc. Securities Litigation

1-844-924-0858

1

www.UbiquitiNetworksSecuritiesLitigation.com