# EXHIBIT D



## UBIQUITI NETWORKS INC SECURITIES LITIGATION
## LATE ELIGIBLE CLAIMS

**TOTAL CLAIMS: 56**
**TOTAL COMMON STOCK LOSS: $542,302.09**
**TOTAL OPTION LOSS: $0.00**

| CLAIM | COMMON STOCK LOSS | OPTION LOSS | CLAIM | COMMON STOCK LOSS | OPTION LOSS |
|---|---|---|---|---|---|
| D2ZAPBDNFK | ($259.26) | $0.00 | DHKDMFWVL8 | ($1,360.00) | $0.00 |
| D34BKJTGCL | ($340.00) | $0.00 | DJFTY3ECP9 | ($10,503.41) | $0.00 |
| D3D5XBSGLN | ($8,940.00) | $0.00 | DJWPN76BEA | ($58.11) | $0.00 |
| D43BG5AD2Q | ($894.00) | $0.00 | DNVB7JYLZS | ($143.04) | $0.00 |
| D4Q35A2FV8 | ($4,470.00) | $0.00 | DP7JQAFZSM | ($71.52) | $0.00 |
| D5LH6ZUMJ8 | ($53.64) | $0.00 | DPXM9JCULY | ($175,152.48) | $0.00 |
| D5PWR2MAC3 | ($146.73) | $0.00 | DQ2H9DM8YJ | ($5,158.69) | $0.00 |
| D6GA2PW5XS | ($12,364.02) | $0.00 | DQSW52BLCX | ($4,470.00) | $0.00 |
| D7KPNM86SW | ($538.00) | $0.00 | DRDPZE4GJC | ($62.58) | $0.00 |
| D7SDNPU68Y | ($193.43) | $0.00 | DRHVKTCWS6 | ($3.45) | $0.00 |
| D8UGZMXEC7 | ($26,046.69) | $0.00 | DRN8B65Y9T | ($30,522.00) | $0.00 |
| D8XYJFQPVN | ($125.16) | $0.00 | DSBPEWDRVX | ($58.11) | $0.00 |
| D9FQD8GX2U | ($447.00) | $0.00 | DSYDTZ9KEX | ($14,894.04) | $0.00 |
| D9T3RNBKH6 | ($119,796.00) | $0.00 | DU6LMNGQ7C | ($447.00) | $0.00 |
| DA48XSEY5V | ($146.73) | $0.00 | DUEWQNHGDX | ($1,788.00) | $0.00 |
| DAJCBV74X2 | ($150.60) | $0.00 | DV3UTJFZL4 | ($13,436.82) | $0.00 |
| DAJVHQZ43X | ($1,737.71) | $0.00 | DW6TYAEZVL | ($1,700.00) | $0.00 |
| DAL6Q5SHPB | ($1,341.00) | $0.00 | DX5CQTEFGJ | ($938.70) | $0.00 |
| DAX95B2NVU | ($49.17) | $0.00 | DY24GJAL7N | ($2,235.00) | $0.00 |
| DBGWJCQS3K | ($448.80) | $0.00 | DZ97CY36KT | ($11,089.60) | $0.00 |
| DCRV645TAZ | ($0.95) | $0.00 | DZHCFNY3PK | ($80.46) | $0.00 |
| DD3MA4Z8B9 | ($19,498.14) | $0.00 | DZN8KD2ABW | ($9,276.75) | $0.00 |
| DEYU3AXH26 | ($1,117.50) | $0.00 | P6GPNKR4VD | ($357.60) | $0.00 |
| DF247T8BCS | ($3,853.93) | $0.00 | PANRCJL97G | ($670.50) | $0.00 |
| DFCEPMNG54 | ($129.63) | $0.00 | PC8WAEZGHF | ($3,406.14) | $0.00 |
| DFSBWQJU2T | ($920.00) | $0.00 | PEDPM42LQY | ($1,677.00) | $0.00 |
| DG9PXV48RJ | ($3,576.00) | $0.00 | PG7WFMPNAY | ($894.00) | $0.00 |
| DGCKT7VWEQ | ($42,475.00) | $0.00 | PM3APHUZQJ | ($1,788.00) | $0.00 |